## PEELE v. BOARD OF EDUCATION

No. 256P82.

Case below: 56 N.C. App. 555.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 13 July 1982.

## PROPST CONSTRUCTION CO. v. DEPT. OF TRANSPORTATION

No. 291PA82.

Case below: 56 N.C. App. 759.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 13 July 1982.

## PURDY v. BROWN

No. 243PA82.

Case below: 56 N.C. App. 792.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 13 July 1982.

## REIDY v. MACAULEY

No. 342P82.

Case below: 57 N.C. App. 184.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 13 July 1982.

## RHOADS v. BRYANT

No. 261P82.

Case below: 56 N.C. App. 635.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 13 July 1982.